UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**FILED**
AUG 15 2022
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. S1-4:21CR00654 SEP |
| ) | |
| LINDA MATSON, ) | |
| ) | |
| Defendant. ) | |

## SUPERSEDING INFORMATION

The United States Attorney charges:

On or about May 18, 2020, in the Eastern District of Missouri, the defendant,

**LINDA MATSON,**

in a matter within the jurisdiction of the United States Postal Inspection Service and the Federal Bureau of Investigation, part of the executive branch of the Government of the United States, did knowingly and willfully make a materially false, fictitious, and fraudulent statement and representation to a United States Postal Inspector, to-wit: defendant **LINDA MATSON** stated that she needed an expedited return of funds seized by the United States Postal Inspection Service relative to a romance fraud investigation to assist her family in finding her missing niece M.B., when in truth and fact as **LINDA MATSON** then and there well knew, M.B. was not her niece and she sought the expedited return of the seized funds for reasons she sought to conceal from law enforcement officials.

1

In violation of Title 18, United States Code, Section 1001(a)(2).

                Respectfully submitted,

                SAYLER A. FLEMING
                United States Attorney

                TRACY L. BERRY    014753 TN
                Assistant United States Attorney
                111 South 10th Street, Room 20.333
                St. Louis, Missouri 63102
                (314) 539-2200

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| EASTERN DIVISION | ) |
| EASTERN DISTRICT OF MISSOURI | ) |

I, Tracy L. Berry, Assistant United States Attorney for the Eastern District of Missouri, being duly sworn, do say that the foregoing information is true as I verily believe.

_____
TRACY L. BERRY

Subscribed and sworn to before me this  3rd  day of  August  2022.



_____
Gregory J. Linhares
CLERK, U.S. DISTRICT COURT

By: _____/s/ JKL_____
DEPUTY CLERK