UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:21CR00654 SEP |
| LINDA MATSON, | ) ) ) |
| Defendants. | ) ) |

### **VICTIM IMPACT STATEMENTs**

COMES NOW the United States of America, by and through Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and Tracy L. Berry, Assistant United States Attorney for said District, and submits three redacted victim impact statements written by D.L and a redacted victim impact statement of General J.D.

Respectfully submitted,

SAYLER A. FLEMING
United States Attorney

/s Tracy L. Berry
Tracy L. Berry, 014753 TN
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, Missouri 63102
(314) 539-2200

### **CERTIFICATE OF SERVICE**

I hereby certify that on October 11, 2022, the pleading will be sent through the Court's electronic case filing system to counsel of record.

/s Tracy L. Berry
Tracy L. Berry
Assistant United States Attorney