# VICTIM IMPACT STATEMENT

Victim: D███ L██████
USAO Number: 2020R00487
Court Docket Number: 20-CR-00419

Insert the impact of the crime here (or, if a separate victim impact form is attached, please use that form to
describe the impact of the crime):

The Defendant is only a courier, he needs To give up The names and contact into for The Nigerians higher up in This scam. Linda Lough Matson sent my money To These people.

I was scammed for $490,000 by Linda Lough Matson of Xenia, Ohio. NoT sure The Justice Dept. is moving on This scam / Elder Financial Abuse as vigorously as They should be.

Does The Eastern District of Missouri, Federal Prosecutor's office NoT prosecute Scammers for Elder Financial Abuse?