

RE: Financial Hardship on Linda Matson Scam

I loaned  this woman $490,000, of which a particular 100,000 was supposed to be a 2 week bridge loan until
Linda Matson was repaid earlier monies held up by a US postal Inspector  on funds in a Po Box deposit
of cash taken  in July/August 2020.
The $490,000 total loaned has not been paid back and in depositions she has indicated that the aka "General
said he would take care of it." This was almost 1/2 of my retirement savings and is substantial  and harmful to me
causing much anxiety and sleeplessness. It has interfered with my providing  ongoing funds for a disabled Granddaughter's
529 Able plan. The Grandaughter has cerebral palsy.   It has also interfered with funding endowment scholarships at my
Alma Mater, Wright State University. All of this will suffer now.
 Worst of all, at age 70 it has postponed for many more years my retirement . It has caused
me to start retrenching and pullingback what I have left and  at inopportune times.
The serial lies, the deceptions, the treachery and  the betrayals,  from the get go, as discovered now. over time,  earn this
woman a special place in Hell.
She started scamming me in May 2020, making up and fabricating stories from meeting this aka
General, 5 times for weekends, to 4 trips to US Customs in Miami,
to cashing out my secure wire transfers and mailing them to St. Louis, etc.  to a aka "diplomat" that
we had explicitly agreed would not  handle the funds.
This all occurred after she had been warned  this was a scam by the postal inspector.  In her
deposition, she had the unmitigated gall to claim only some of the
requests for funds came from her, the rest came from the General. We had to show her her very

own emails to me to refute.
 How can anyone believe she won't do this stuff again??
D L

