RECEIVED
SEP 1 6 2022
BY MAIL

UNITED STATES DISTRICT COURT

For the

Eastern District of Missouri

United States of America

Vs.

Linda Matson , Defendant

Victim's Impact Statement for

Sentencing Hearing 11-16-22

Case No. 4:21-cr-00654-SEP

---

In this Impact statement, I think it's important for the Court to know the severity of the scam and fraud she committed, and by my points, also show, both her character flaws and her lack of acceptance of her Criminal deeds as well as the Purgatory Hell she has dragged me through for 2 ½ years.

### CHARACTER FLAWS BY HER ACTIONS

1. I, D▮▮▮ ▮▮▮▮, 70 yrs old, am the primary victim of the scam crimes committed and perpetrated by Linda Lough Matson, Defendant above. There are over 100 lies she spun in her little storytelling fraud scam she perpetrated on me over 74 days. Moreover, I did not know her purported boyfriend-fiancee and had email contact with him only later in the May-August 2020 window while she perpetrated directly a false and fraudulent story to scam $490,000 from me under false pretenses in a series of 4 batches of wire transfers to her. These were all requested, received and then money laundered by her as cash to St Louis PO Boxes. (She has recently falsely tried to claim the General-BF did most of these requests but emails show the lies.)

2. In the beginning, It is Linda Lough Matson that called me twice in May 2020, claiming to be engaged to be married and in a well established dating relationship and needing loan help bailing out her boyfriend, Lt General J▮▮▮ D▮▮▮▮'s "portfolio" stuck in US Customs, Miami

1

Fl. for custom duties and demurrage. (This is after the PO Inspector told her it was a scam and she said she would stop in April 2020.)

3. On her 2nd phone call, in order to better convince me, D▇▇ L▇▇ she offered a more plausible story including multiple pictures of a Lt General D▇▇ in military ceremonies and who she claimed to be engaged too, and bank and brokerage statements that showed 300,000 withdrawn from Linda Matson's 640,000 balances in Edward Jones brokerage accounts. At times she was begging and pleading me to loan/support her bailout of the General's portfolio. In order to participate in her loan Requests, I required, on May 26th and 27th by email an Agreement. In this Agreement, Linda Lough Matson, agreed on May 27th:

   A. She had done the due diligence on the parties involved and knew the parties well, (Yet, I would discover she never met any of them except by email and General's photos were all borrowed off the internet)

   B. In the Agreement, she guaranteed it would work. (but never went to US Customs)

   C. In the Agreement, she promised a 2nd mortgage on her house, if anything went wrong. (yet, she would later say that the General said he would take care of the mortgage, promised but not provided.)

   D. From May 26th thru August 1st, 2020, in a series of 4 batches I sent $490,000 by wire transfers bank to bank at her request. Each of these she requested, received and was used by her. Over this time period, she fabricated a 4 part story of going to Miami with the monies each time, encountering a problem at US Customs in Miami or delays in redeeming this portfolio and with more monies needed, all of this documented in emails between us. ( Yet, she never went to Miami and the monies never went to US Customs and she never even talked to them). The May 26th-27th Agreement required this, but instead she cashed these out bundled them up and mailed them to St Louis,
   Missouri, where they would disappear to Nigerians, and at the direction of the diplomat aide, (who the May Agreement, specifically excluded from being involved).

   E. The Agreement specifically called for the monies to go directly to US Customs and in her emails she said the monies were going to a Miami bank for exchange then at US Customs. (But this again would all be fraud, deception, and betrayal)

4. On August 23rd, 2020, I flew up to her house in Xenia, Ohio, for a surprise visit and she reassured me that she would have me repaid shortly.( But she would also confess that she never went to Miami and US Customs because she was boxing the monies up as cash and mailing to St Louis at the diplomat aide's direction. She also had no personal visits with the General just phone and email. When I left her house that Sunday night I was shaking with rage and despair that caused me to have to pull off the freeway to cool off and regroup my

brain.( I was now in Purgatory.)

5. The 3rd loan to her of 100,000, late July, was different, in that it was a bridge loan that she would repay as soon as she received back 100,000 that was being temporarily detained. (later I would discover this was by Postal Inspectors. Then the FBI would inform me the 100,000 was repaid to her and I would discover she was not paying me, but rather her daug-hter and another brother that she had borrowed from leaving me deceived again. Her explanation by email "Paid in Full" for them). ( She knew by then I had contacted the FBI)

6. In early August, 2020    I filed an IC3 report with the FBI, this was triggered in part by a phone conversation with her Daughter, J███ J█████, also of Xenia, Ohio.  J█████, would   inform me that she thought  the General thing was a scam, that she had never travelled to    her knowledge, and that Linda was obsessed with learning about Scams, incl. a New   Zealand lottery one. (this IC3 triggered the case at hand.)
A second factor was in  early August, Linda had informed me she had received a Payoff from Customs and wanted to meet up with me. I had suggested Miami, which she pooh-poohed and she suggested  her driving over to Tampa. She never showed in Tampa or with any payment.  (More lies and deception.)

7. On Sept 16th &23rd . 2020, she would again appeal to me for  money, claim her boyfriend was not  a  scammer and furnish another picture of who she said she was dating.  (This would be despite me telling her it was a scam and the picture looking exactly like the earlier picture (facial characteristics wise of the real General) (Someone she would admit later she never   met.) (We repeatedly have her saying it's not a scam when even in August I've told her it is  and   the FBI is involved with her.)

8. With the exception of the front end phone calls, almost all of this is documented in emails as   evidence.  With all these  lies, the reality is the character of the Defendant is befitting a hard-core criminal and not someone who can be babied by the Prosecutor with this flimsy  Plea Agreement of lying to Law Enforcement. What about the 100x lies with financial fraud and   chicanery she foisted on me????   Apparently, it must be true, that In St Louis you can rob, steal, scam $490,000 and when arrested by law enforcement, tell them a lie, so you  can then plead out from the more serious crimes?   Will Matson become a precedent for criminals to use in the future??? I am not happy with the Plea Agreement.

### ACCEPTANCE OF RESPONSIBILITY????

The Defendant needs to elucidate her acceptance of responsibility.

A. She lied to the Victim about knowing or being engaged to a General, May 2020.

3

B. She lied to the victim about the General's photo's as being who she was dating.
C. She lied to the Victim about her actions with respect to the Email Agreement dated 5-26-20, including knowing the people well, that it was not a scam or fraud, that she would give the Victim a second mortgage on her house, that the money would go directly to US Customs and that this diplomat aide would not be involved.
D. She knew at the time she asked the victim for money that she had been told by Postal Inspectors it was a scam, yet she was telling me in the Agreement it was not a scam or fraud.
E. She borrowed photos off the Internet to convince the Victim she was involved with a real life General.
F. Between May and August 2020, she published a story over 60 emails of her asking for money, going to US Customs, in Miami, having various delays and then needing more Money. But she lied repeatedly in her ongoing deceptive story and cashed out the Victim's wire transfers to her in small denominations to bundle up into boxes to mail To St Louis at the behest of the Diplomat aide. There Nigerians would take and disappear with the $490,000 of the Victim's money. (She would not tell the victim this until August 23rd at the surprise visit to her house in Xenia, Ohio, (*no Trips To Miami*)
G. She lied about depositing the monies in a Miami bank for exchange with US Customs.
H. In subsequent conversations, her flippant answers include : "The General said he would take care of it, " " The General asked for it not me, " the Victim should have done his own due diligence because I was in love ." " I didn't tell the victim about what I was doing with the money, because he didn't ask" (despite her emails of going to Miami with the monies).
I. You told the victim you needed a separate $100,000 for a short period because you have a $100,000 being temporarily detained. When you receive it, you'll pay the victim this back directly. Then the FBI (Marla Vanderbunt) has to inform the victim that the Defendant has received the money back, but she has paid her daughter and another brother instead. Her reply to the victim is "Paid in Full", as retaliation for bringing the FBI into this fraud-scam.
J. In February, 2020, prior to contacting the victim, she created a false identity of B.M. to open a PO Box in St Louis with the Nigerians.

All of this, she needs to accept responsibility for, her wrongdoing, her scamming and her fraud. She needs to recover $90,000 she mailed in 2020 that went to Menlo Park, Calif?? To convince me To help her she showed me her brokerage accounts totaling $630,000, and she claims to have helped her purported boyfriend wtih $300,000, so then where's the rest??? She never fulfilled the 2nd mortgage on her house promised twice??

4

**VICTIM IMPACT**

The victim in this case is 70 years old and had planned on retiring.  Unless there is restitution he will need to continue working as $490,000 is just too much missing from his remaining lifetime needs and puts him in a precarious outlook as he has no separate pension to help with ongoing living expenses.  The victim's retirement is no longer secure.
The victim has a Granddaughter with Cerebral Palsy, for which he was funding a Able 529 plan (for disabled people)  at 5,000 to 10,000 a year and this is now on hold.
The victim has 2 endowed Scholarships at his Ama Mater, Wright State University, named for 2 professors he had worked for.  These are also now on hold.
 Moreover, the victim has spent 2 ½ years in Purgatory wondering if he will see justice and restitution.  This has caused much insomnia and anixiety attacks and for someone with hypertension this complicates his health situation. The August Plea Agreement was also a shocker with no conferring with the victim.

Restitution should be ordered for the $490,000,  with a second mortgage for $80,000 on her house as she had twice promised, a garnishment order against wages, and any other hidden Assets, and an incentive to encourage her to payoff in my remaining lifetime,.

I declare under penalties of perjury that the foregoing Victim's statement is true and correct.



D     L         9-9-2020

5

Case # 21-cr-00654-SEP

Clerk of District Court
111 S 10th ST
St Louis, Mo 63102

RECEIVED
SEP 16 2022
BY MAIL

63102-112325