I am General J█ D█. I am providing this statement to the court to defend things very dear to me, which have been abused by the defendant in this case: my reputation, my honorable military service, the service and sacrifice of American servicemembers, veterans, and families everywhere, and the institutions essential to the moral authority of the United States Armed Forces.

I was extremely distressed to learn that my identity and reputation had been abused in a scam involving the defendant. That a fellow American would seek to steal my identity, besmirch my reputation, and abuse my military rank as tools to deceive others for financial gain is something I find disgraceful. It stinks of the moral bankruptcy of "stolen valor," only worse because it results in actual harm to innocent people.

I have proudly served on active duty since 1985. I've risen to the highest rank in the Army – a 4-star general – and hold a position of great responsibility in the Armed Forces. While I take pride in my rank and my position, I did not get here alone. I owe much to the leaders and mentors who helped me grow as an officer. Success in military operations is never a solo effort: any success I've had is shared with the men and women I've been honored to serve with and lead. My family and loved ones sacrificed a great deal as I dedicated my professional life to the nation. When the defendant aided a scheme that pretended to wield the authority of my position, she jeopardized the moral authority essential to my ability to command. When she joined a plot designed to convince total strangers that I was romantically interested in them, she insulted the unconditional and undying love I have for my wife, as well as my wife's decades of devotion to our family and the nation. When she sought to profit from the abuse of my rank, she dishonored every member of the military community with whom my family and I have shared service and sacrifice.

At a more practical level, ascertaining the nature, extent, and legal consequence of the abuse of my identity by the defendant and others involved in this scam has consumed a substantial amount of time for me, my military staff, and senior leaders and legal counsel at the Pentagon. My family has experienced concern and distress from phone calls, legal papers, press reports, and generally having to deal with lawyers, investigators, and other victims whose lives were impacted by the lies told in my name by these scammers. The significance of my position and responsibilities, which made me an attractive persona for the defendant and others to impersonate for this scam, compound the damage that they ultimately caused. Such damage was surely foreseeable by the defendant and others involved in the scam.

Nothing this court does today can erase history nor remove the tarnish of these salacious lies about me. I write to urge the court to protect other military leaders, to safeguard the trust-based institutions of the armed forces, and to avenge the honorable service of servicemembers and veterans everywhere by imposing a punishment that serves as a clear, credible, persuasive deterrent against involvement of any kind in these "romance scams."

To those involved in this scheme, I will only say that the damage your actions caused goes far beyond the money you managed to steal from people whose trust you abused. Abusing another man's honor, and the honor of an important American institution, in service of your own craven greed is truly worthy of contempt.

J█ H. D█
General, United States Army