Your Honor, Pitlyk

I, Robert L. Lough Jr, a brother of Linda Matson am writing this letter on her behalf.

My sister, Linda Matson, has endured a difficult and challenging life since birth. Her birth mom Phyllis, repeatly stuck her and my older siblings in scalding hot bath water. They endured repeated burns and other types of abuse. As a result my father, Robert L. Lough Sr was awarded custody of his 5 eldest children. This occurred at a time when only mothers were awarded custody. My father hired and married my mom, Lois Lough, who herself was a victim of child abuse and subjected to regular physical beatings. My mother, Lois Lough began to regularly beat my older siblings especially Linda for basically a kid being a kid, spilling her milk or not catching a dirty dish while washing dishes. Linda was subjected to regular beatings on a weekly basis up until Linda left home before her senior year of high school with a baby to support and complete her senior year of high school. That is when the verbal and physical abuse stopped for Linda.

I have recently been made aware of my sister Linda's involvement in a romance scam

Quite frankly I am shocked.

My Sister Linda has worked hard to complete nursing school with 2 kids and a family. She has worked hard all her life.

She helped get her daughter through pharmacy school. In 2019 Linda took a whole year to help her son Steven Matson recover from 15+ year battle against drug addiction. Her son Steven has been clean sober and gainfully employed since 2019.

My sister Linda Matson has worked with several charities to help those in need throughout Greene and Montgomery Counties since 2015. To this day she still helps with weekly mobiles.

I am asking for consideration of lenience for my sister Linda Matson, a victim in this romance scam. She has lost everything she owns. No jail or prison time.

My oldest brother Dave Lough was involved in this with Linda. For Dave to be involved in this meant his sole motivation was greed. To make a quick buck, not that he wanted to help Linda or any of the rest of us. It was about making money.

My Sister Linda does not deserve a felony conviction any jail or prison time.

Sincerely    937-782-8397
Robert L. Lough, JR