Jennifer Johnson  
563 Jodee Drive  
Xenia, OH 45385

10/22/2022

Honorable Judge Pitlyk  
United States District Judge  
Thomas F. Eaglelton  
U.S. Courthouse  
111 South 10th Street  
St. Louis, MO 63102

Re:     United States of America vs. Linda Matson  
         Case No.: 2021R00975

Dear Judge Pitlyk,

My name is Jennifer Johnson, and I am the daughter of Linda Matson. I am also listed as a victim in this case. I love my mom, Linda Matson dearly and I am asking you to please be lenient with your sentencing of my mom. She has not had an easy life and this romance scheme has almost broken her. All my mom wanted was someone to love and respect her. Instead, she has been devastated in almost every aspect of her life and has already been severely punished.

My mom grew up in an abusive home and became a teenage mother struggling to provide for herself and her baby. She ended up marrying a controlling man who didn't respect her. While married, she successfully completed her nursing degree while raising two young children. Ultimately, her marriage failed, and they painfully divorced. My mom lived frugally, saved, and invested her money for her retirement. She was able to retire early even after helping me with college expenses. She spent her time helping me raise my kids, working part-time as a home health nurse, and volunteering. Everything changed when she met General James Dickinson. She was happy like I hadn't seen her in a long time. She agreed to get married again which I never thought she'd do after her traumatic divorce from my stepfather, Lawrence Matson. It was almost like she was in a trance. My mom, Linda, shopped for a wedding dress, got rid of unneeded possessions, and redecorated her house to make room for General James Dickinson to move in with her. After he got settled, they planned to sell her house and purchase a new house together. My mom truly believed that this was all real. Since online and distance dating are common now, my husband (Matthew Johnson) and I also believed their relationship was real until we learned about her giving General James Dickinson money.

My uncle, David Lough, believes he is a victim in this matter. My mom may have asked him for money, but my uncle is very financially savvy. David Lough is a certified public accountant (CPA) and has years of experience working as a forensic accountant. Dave is/has never been close with my mom or any other family members. If I remember correctly, the last time I spoke or saw Dave was at my 2002 wedding (prior to this event). I believe Dave looked at this money request as an investment opportunity. He didn't investigate the investment properly and ended up losing his money. David Lough is NOT my mom's victim, but rather a victim of his own bad financial decisions. I do not think my mom should be required to pay restitution to Dave. Instead, Dave should apply to have his money returned to him from the victim's recovered money fund.

Because of this romance scheme ordeal, my mom has lost almost everything. She has gained nothing. In addition to having her heart broken, she's lost all her retirement money and had to go back to work on a full-time basis. All the money she earns goes to paying her legal and living expenses. Mom has gone through the embarrassment of being arrested and now has this on her record. She has struggled to obtain and keep employment as a nurse because of her arrest and the anonymous calls people get asking "what is your relationship with Linda Matson". She takes whatever jobs she can get including mowing grass and cleaning houses to pay her bills including the approximate $37,000 IRS tax bill due to taking out money of her retirement account too early. My mom has lost relationships with family and friends. She's not allowed to change her phone number and is still getting phone calls from Nigeria, further victimizing her. She drives unsafe/almost broken-down vehicles and must save up money to repair them. Even if she had the money to trade them in, she's currently not permitted to do so. My mom had a massive water leak at her house and can't afford to pay to have the damage to her walls, cabinets and flooring repaired. She now gets food for herself from the food pantry she has volunteered at for years. Mom doesn't have internet, cable and can't afford air conditioning so when it's been really hot this summer, she either toughs it out or stays the night in my basement. Worst of all, mom has struggled with severe anxiety and depression. As you can see, my mom is not "living it up". She did not steal this money and use it for her gain. She has lost almost everything: money, clean legal record, love, relationships, pride, and the ability to obtain and maintain employment as a nurse. She is sorry for her role in this and has already suffered so much. Please do not punish her further. She does NOT deserve prison.

My husband and I are willing to help my mom, Linda Matson in whatever capacity she needs. We currently provide emotional support. Mom is struggling financially, and we are prepared to help her with her house payment. My husband and I will likely help my mom repair her water damaged house. I travelled with her to St. Louis in August 2022 and plan to escort her again to her November 2022 court date.

My family and I have also suffered greatly because of this ordeal. We are very close to my mom. As terms of her arrest, she has been limited in her interactions with us (me). My mom is the only active grandparent in my kids lives and we have been used to having her around on an almost daily basis. It was normal for us to have 2-3 family dinners per week, weekly outings, and vacations together prior to this nightmare. My personal anxiety and depression have been worsened since her arrest as I fear what may happen to my mom. I can't imagine my wonderful, generous, loving mom going to prison and being further victimized. I also can't imagine how she would ever pay restitution given her financial situation. Please do not continue to punish my mom as it will only further punish me and my family.

My mom is not a harm to society and society will NOT benefit if she is punished further. She has been a valuable member of society by working as a nurse and volunteering for various organizations. I have no doubts that she will continue to be a valuable, hardworking, and generous citizen.

Respectfully,

Jennifer Johnson
937-470-0915