Your Honor, Pitlyk

I respectfully request that you consider leniency for my sister, Linda Matson. She is the mother of two adult children and the grandmother of two. She is very involved with the grandkids as an after-school caretaker which allows the parents to work at their jobs. She is a nurse by education and many years of experience.

I do not believe that her actions are that of a criminal, rather she was duped. I believe that she has felt a guilt that will never leave her for the rest of her life. She is not a threat to anyone and deserves a second chance.

Thank you for your consideration.

Regards,

Thomas C. Lough