

# David J. Lough, MBA, CPA
## Lough Tax Svcs, LLC

273 Maple Ave.
Palm Harbor, FL 34684
dlough1@gmail.com
727-725-3336

9-25-20

*Jennifer*
563 Jodee Dr
Xenia, Ohio  45385

*Tom*
12612   Arrowwood Ter
Edmunds, Okla. 73120

Dear Jennifer and Tom,

It is with a great deal of regret that I must write this letter….I'm about to file a lawsuit in Florida Courts for Civil Theft, Fraud and Elder Financial Abuse against Linda Lough Matson, for $490,000.   I have been involved with the FBI now for over 6 weeks and despite Linda's promises and guarantees, have discovered that she has been a victim/conspirator of A Nigerian Romance scheme where they portray  high ranking military officers while convincing them to help them out with money for some purpose, in this case a purported  $20 million gift stuck in US Customs in Miami.   The FBI has informed me that Linda has done no travel to meet the aka General, that there is a Nigerian in Nigeria impersonating the aka General, and there is no monies or baggage at Us Customs and just recently that $100,000 she received back from the US Postal Inspectors has been disbursed out to the two of you.

Among the many lies to me she has made, include that my wires to her were being wired to Miami for US Customs, but instead cash was being money-laundered into bags and shipped to St. Louis and also to Minn., that the boyfriend in the pictures furnished me, are of the  General whom she met on 4-5 weekend trips, that she went to Miami 3x for Customs meetings, and that the 2nd 100k she needed from me was only to be a couple week loan until the 100k came back from the Postal Inspector who had intercepted it,  (from the 1st 100k I had wired her in June). This she had promised me, including, when I paid a surprise visit to her house in August.

Now, to summarize I was promised this money and the FBI informs me that we will not recover anywhere  near 100%.  So it appears to me that I'll be left holding the bag while the  two of you are paid back in full.  Definitely not fair. By my calculation, if not 100% then at least a prorata payoff (490k/490k+100K) or 83%.....If your in agreement please advise me by email dlough1@gmail.com otherwise it will be part of the Court Judgement with reversion2

*relative to investment*

Dave