

56 Armor Place   •   Dayton, Ohio 45417   •   937.461.0265   •   Fax 937.461.3828

www.thefoodbankdayton.org

To Honorable Judge Pitlik,

My Name is Andy Macy and I am the Mobile Pantry Manager at The Foodbank. This is a reference letter for Linda Matson. She has been a regular volunteer at many of our Greene County mobile pantries for the past three years. I understand that Linda has gotten into some trouble, and I wanted to show some of the character that Linda has displayed.

She has always been eager to help out when we first arrive and has followed the rules we have laid out for her to a T. At one of our mobile pantries, Linda had to deal with some disgruntlement from our clients over a silly issue. She handled it calmly and directed the problem to me as she should have. Linda has been calm, consistent, eager, and approachable. She has been truly an asset to the success we experience at the mobile pantries when she volunteers.

From talking with Linda, it seems that she understands that what she has done is wrong and that she wants to move on to the best of her ability. Please take into consideration the numerous hours of community service she has provided to the community when sentencing her. If you have any further questions, please feel free to reach out to me.

Sincerely,

*Andy Macy*
Andy Macy

Mobile Pantry Manager
Amacy@thefoodbankdayton.org
937-461-0265 x24