7-16-22

Dear Sir or Ma'am: Honorable Pitlyk,

I am writing this letter on behalf of Linda Matson. I met her almost two years ago when she came from a in home caregiver facility in my home that I shared with my boyfriend, and she was one of the nurses who took care of him.

I was extremely Impressed with how Linda took care of him. She was able to repair his foot that did not look too good at first and kept him from losing it. Even after we canceled the in-home caregiver contract, I hired her to still look after him. I thought she was the best one.

I was also impressed and admired her on how professional and caring not only as a nurse but as a friend and human being. She was also concerned about his daughter, Melissa who also stayed with me at the time to look after her dad. She would bring us food to make sure we ate. She cared about me too. She helped us take care of him until he passed away last year.

She would never do anything illegal or criminal like act specially to jeopardize her nursing career and ruin her reputation. She is very trustworthy.

I stay connected with her because she is a good person and friend. I take pride in saying I am glad she came in my life when she did because it was hard when my boyfriend went down. It helped Melissa and I very much for Linda to be there.

Sincerely

*Penny Roberson*
Penny Roberson