**Raymond Shook**
**822 Westhafer Rd.**
**Vandalia OH 45377**
**(937) 280-5416 / shook1965@yahoo.com**

25 AUG 2022

To the Honorable Sarah Pitlyk,

My name is Raymond Shook and I am writing a letter on behalf of Linda Matson. I have known and worked with Linda as fellow volunteers for the With God's Grace Food Pantry in the Dayton OH area since early 2017. Through these years, Linda has donated food, clothing, her time, and money to our cause. Quite often working with our pantry involves working in difficult and stressful environments both in inclement weather and also with numerous clients who sometimes are frustrated. I have always know her to work well with others. She is an honest, kind, and caring person.

In mid-2019, our region was hit by multiple tornadoes which destroyed hundreds of homes and created a much greater need to our organization. Linda was among our volunteers who stepped up to help during this time of crisis.

Linda was the victim of a romance scam and I cannot imagine how she was also convicted of the felony of lying to a postal inspector. I am asking that you seriously consider ordering probation to resolve her case. She deserves probation and the chance to rebuild her life. She is among the very few in our community who help others in our organization. If you have any questions or if I can be of further assistance, my contact number is above.

In closing, thank you very much for your time and I hope that you provide Linda the opportunity to continue serving our community with a decision of probation for her.

Sincerely,

*[signature]*

Raymond G. Shook