Your Honor, Pitlyk                                    July 29th 2022

My name is Amanda Harris, I moved back to Xenia O.H. around 2010. A little after that I met Linda from some freinds of mine, They were neighbors, at that time. That was 9½ years ago.

Linda has volunteered at churches and other outreach places. She has also picked up and dropped off boxes of food for me and my childern for 5 years, that is when I moved into my first house, She has also brought some essentials with the food.

I am upset at what this guy has done to her. She would never be apart of that if she knew about what was happening. Linda has lost her job and everything because of this scam he polled, She has suffered enough.

sincerally,
Amanda Harris