11/9/22, 5:34 PM
The Baumstark Firm, LLC Mail - Letter of character
Case: 4:21-cr-00654-SEP   Doc. #: 67-9   Filed: 11/09/22   Page: 1 of 1 PageID #: 263



Luke Baumstark <luke@baumstarkfirm.com>

## Letter of character

**Albert Shamburger** <ashamburger12@yahoo.com>  Tue, Nov 8, 2022 at 6:11 AM
Reply-To: Albert Shamburger <ashamburger12@yahoo.com>
To: "luke@baumstarkfirm.com" <luke@baumstarkfirm.com>

Honorable Pitlyk
Case Number: 2021R00975
Linda Matson

Linda Matson and I met about 7 months ago. She is a local resident in the city of Xenia, where I own and operate a BBQ restaurant carryout and catering business. I have acknowledge Linda passionate for help supporting her local business. Linda was always willing to donate her time in helping us with getting the news out to the public for good BBQ. I was approached in July from some investigator, asking about how do I know Linda, if she had ever gave me money. And how did I know her. The investigator also had told me about a case that she was being investigated in. I had gotten a couple of calls as well. In my personal opinion Linda is a hard working dedicated woman who loves her line of work. The only business Linda and I have had. Is that she order our food. And have use us for her catering needs. To define Linda Matson as anything other then a class act hard working woman. A woman who cares for her line of work. With something that has happened to her in the situation is truly nothing that she deserves. She is a first responder. That puts her life on the line to save others. It would be a shame to her career in up destroyed over a sad case. She deserves a chance without being incriminate by false behavior, of others with bad intentions. Please to the courts,
Sincerely Al Shamburger