James Harkleroad
1070 Stone Rd
Xenia, OH  45385
937-371-9750

8 July 2022

Character Reference Letter for Linda Matson

To whom it may concern, Judge Pitlyk,

Linda Matson is my sister-in-law and I have known her since 1987.  During this time she has always been a kind, thoughtful and caring person. I have never known her to be involved in any illegal activities. She is retired and spends her time helping at the food bank or watching her Grandchildren.

While I don't know a lot of details, I do know she fell victim to a romance scam and has lost all her money.  Someone pretending to be a General started a relationship with her and asked her to marry him.  He convinced her to help him with different financial transactions that he could not do himself because he was supposedly in Syria.  All of this was lies. She is now struggling to make ends meet and is very depressed.  Even though she is a retired nurse, she is mowing lawns and cleaning houses to be able to pay her bills because this scammer talked her out of all her savings and retirement money.

James P. Harkleroad