# COURT REFERENCE LETTER

Jennifer Price
420 Nordale Ave, Dayton, Ohio, 45420
(937) 241-7312
jenniferprice4139@gmail.com

Date: October 23 2022

To Whom This May Concern,

My name is Jennifer Price and proud to offer my recommendation of Linda Matson to whom I have personally known for 4 years as my Mother in Law .

During my relationship with Linda Matson I have known her to be a very honest hard working individual whom has a passion for family. Linda has been a saving grace for my family by providing much needed help to us during financial hardship. She has provided food for my household and on occasion has helped us out with paying bills. Linda is someone that I would consider to be an upstanding law abiding citizen.

Please do not hesitate to contact me if you should require any further information.

Sincerely,

**Signature** _Jennifer Price_

By Jennifer Price  Date: October 23 2022