11/1/2022

Matthew Johnson
563 Jodee Drive
Xenia, OH 45385


Honorable Judge Sarah E. Pitlyk
U.S. Department of Justice
Eastern District of Missouri
Thomas F. Eaglelton
U.S. Courthouse
111 South 10th Street
Courtroom: 16 North
St. Louis, MO 63102

>Re: United States of America vs. Linda Matson
>Case No.: 2021R00975

Dear Judge Pitlyk,

My name is Matthew Johnson, and I am the son-in-law of Linda Matson.  My wife, Jennifer Johnson, (Linda's daughter) and I have been married now for 20 years and we have been together over 28 years. I have known Linda Matson this whole time and at no point has she ever been involved in anything like this. I respect and love my mother-in-law very much. She has always supported my relationship with Jennifer and continues to support us by helping with anything our family has needed over the years. Linda plays a vital role in our family's day to day operation.

I believe that her loneliness for over that past twenty-five years, her unselfish willingness to help others and the start of her retirement has led her down a dark path of being victimized. She thought she was involved in a caring and loving relationship with the man of her dreams, to only be scammed in the end.  These Nigerian, Missouri and Minnesota scammers are professionals who damage and destroy people's lives. Linda Matson is one of these victims. She has now lost her retirement, has bills that she struggles to pay, and this unfortunate incident has hindered her ability to secure stable employment in her nursing field.  As a former probation officer, I fully understand the trouble that Linda has gotten herself into.  I have talked to her on numerous occasions about this case, and I have tried to explain the different steps in these proceedings.  I believe that we can help Linda make sure she follows all the rules of the Court.

1

Linda is a hardworking, compassionate, and respectful person.  She volunteers her time to numerous local food banks and other non-profits in the greater Dayton area.  She can be routinely found working at said local food banks to distribute food and to deliver food to those who are homebound.  Linda always thinks of others before herself.  She will go without to help provide for and see others happy.

Linda now understands her actions and is remorseful.  She regrets getting her family involved in this mess. I believe she wants to show the Court that she is a good and honest person and will comply with all the Courts rules. I do not believe that society would benefit in any way if Linda were incarcerated.  Incarceration would crush and destroy Linda as a person.

From what I know, Linda Matson has agreed to plead guilty to Making a False Statement.  She is deeply remorseful for her mistake.  I believe Linda Matson has already been punished enough via natural consequences of her involvement with these scammers.

If the Court believes Linda deserves further punishment, I believe the Court should sentence Linda Matson to a minimal amount of supervised probation with that supervision transferred to the Dayton, OH.  Alternatives to or in addition to probation could include the Court requiring Linda to have no contact with David Lough, take part in mental health counseling, and/or take part in a victim impact class.


Respectfully Submitted,


Matthew Johnson
937-416-4457