To Whom It May Concern, Judge Pitlyk,

Linda Matson was a caregiver for my father. She was very professional and was passionate about my fathers needs. She was even concerned about Penny and I who also taking care of my father. She often brought us food. She is a very good and a very good person

Thank You

Melissa Pierce