# **Character Reference Letter**

Steven Matson

1536 Alwildy Ave. Dayton, Ohio 45417

(937) 219-7493

AceAzamean1@gmail.com

Date: October 23 2022

To Whom it may concern,

     I have known Linda Matson for my entire life and she has time and time again been a saving grace for me. Providing me and my family with those things that we absolutely needed in order to get through tough times when we couldn't ourselves. She is the type of person whom feeds and clothes the needy; literally on a daily basis. She loves volunteering her time at various food banks, offering medical guidance to the old and poor, or rides to the hospital or appointments anything she can do to help someone less fortunate. Her commitment to her community is stronger than I've ever seen out of any other individual. She truly is a guardian angel to me, my family, and the community at large.

Sincerely,

Steven Matson