To Whom It May Concern

I am writing this letter in support of Linda Matson, RN, a fellow nurse colleague of mine.

We worked together in Cincinnati Ohio Back in 2020.

I found Linda to be a friendly outgoing, nuturing and caring RN who did a wonderful job providing quality nursing care to all her patients.

Back in 2020 during the height of the Covid-19 Pandemic all of us Nurses were faced with challenging and equally grueling patient assignments. Often Linda was given the most physically and emotional challenging assignme

I found Linda to demonstrate strong

leadership, and excellent caregiver who was a true asset to the profession of Nursing. We were fortunate to have her work with us in Cincinnati, OH.

I hope you take this into consideration upon your decision with regards to Linda Matson.

Truly,

Angela Perdue, RN

Angela Perdue, RN
513·888·0757