Gmail

Luke Baumstark <luke@baumstarkfirm.com>

---

## Linda Matson

**Pamela S. Taylor** <Pamela.Taylor@maryrutan.org>                          Wed, Aug 17, 2022 at 1:49 PM
To: "luke@baumstarkfirm.com" <luke@baumstarkfirm.com>

Attention : Your Honor, Linda Matson and I are sisters. We were abused by our biological mother Phyllis who left us when we were just babies. Our father was awarded custody of us and our 3 older brothers. With 5 children between the ages of 6 months and 10 years old he had trouble finding anyone to care for us while he worked but eventually he found a young woman who stayed and he eventually married her. Unfortunately his 2nd wife would continue to abuse us both verbally and physically. She especially did not like Linda, Dave and Mike. I remember once watching her break a broom over Linda's back because she could not carry cement blocks, at the time Linda was about 10 years old and weighed 75 pounds. Each of us was forced to leave home at the age of 18, Dad  had prepared us at sixteen by making us get jobs and buy our own clothes and other essentials. Linda got pregnant at sixteen had a little girl at seventeen and still was forced to leave home at 18. Because of still needing to finish high school, work and find affordable housing, she struggled more than us older siblings. She worked as a waitress for 10 years, never having to go on public assistance. Linda did eventually marry but that husband was verbally abusive and they divorced. She was able to put herself through nursing school and later her daughter through pharmacy school. She went for years without dating and thought she had found her forever love with this military man she met online. It turns out he was scamming her. I have heard of many naive people being taken advantage of by these scammers and have thought but for the grace of God go I. I know she asked for money from me, my kids and other relatives. I tried to warn her that this didn't sound right. I never gave her money and I warned my kids not to either. I am however asking for lenience in the sentencing of my sister because I know deep in my heart she is a good person. She worked as a nurse throughout much of this Covid pandemic and has for many years worked at a food pantry handing out food to those in need. Also if any of her neighbors or extended family have ever needed anything she has always tried to help them out. So in conclusion despite her trying to get money from her family for this scam I think she is a victim as well and request your leniency. Thank you. Sincerely, Pam Taylor.