Honorable Judge Pitlyk

RE: United States of America vs. Linda Matson
Case No: 2021R00975

Dear Judge Pitlyk,

My name is Lea Fishbaugh. I am writing this letter on behalf of Linda Matson. I am not related nor a friend of hers. I have hired her to clean my house on occasion while I recover from my 9th surgery. Linda started in April of 2022. She does an excellent job cleaning, organizing, and shampooing my carpets and rugs. I have found her to be loyal, kind, and trustworthy. A true professional who provides great work.

I became aware of the current court proceedings from my local news station coverage of her case. She made a false statement to a Postal Inspector stating M.B. was related to her. Shocked this is a felony, given she has no criminal record.

I do believe Linda was a naïve, gullible victim who was unaware of the dangers of these cyber and romance scammers. These romance scammers are professional con artists, who brainwash their victims. This is called Stockholm Syndrome. I feel Linda was caught off guard, totally blind-sided by the sheer magnitude of deception, lies, and manipulation these scammers are capable of. This is now a billion dollar a year enterprise, that has escalated yearly for over 20+ years.

I googled Linda`s case in St. Louis, MO, to find She is accused of making a false statement. She is charged with a felony, has plead guilty to making a false statement.  In, my google search I, stumbled across, multiple radio and news station broadcasts where the prosecutor handling Linda Matson case is out there conducting public news media interviews on her case prior to her formally being charged and once she pled guilty on 8-15-22. I am shocked this overjealous prosecutor has conducted herself so unprofessionally. I believe the Department of Justice needs to review her actions. We are all innocent until proven guilty in a court of law. To have your case tried in the news media across various news and radio publications hardly seems what our founding fathers who framed the Constitution meant by "And Justice for All". Seems Linda Matson was tried, in the court of public opinion, in the media. How is this Justice for Linda Matson? Her full name, age, city, and state are all stated. Yet, other victims awaiting arraignment or have pled guilty, only have their initials and state used as identification.

Your Honor, when deciding the sentencing for Linda Matson, I ask for leniency. Please consider Linda fell prey during the pandemic of 2020 when our state was closed until mid-July of 2020. These predators are master con artists who feast upon kind, warm hearted and nurturing people, mostly women. Linda has paid the ultimate price: losing a 3-decade, long nursing career, she now lives in poverty, and struggles to pay her monthly bills. I think Probation is in order, given her case has been tried in the media on multiple news and radio stations by her prosecutor.

Yours Truly,


Lea Fishbaugh
6417 Prairie Creek Ct.
Dayton, OH 45424